Certificate Number: 14424-PAE-DE-036762309

Bankruptcy Case Number: 22-12073



14424-PAE-DE-036762309

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2022, at 2:45 o'clock PM EDT, Anthony Wayne Wilson completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 16, 2022                By:    /s/Edsie Lim

                                        Name:  Edsie Lim

                                        Title: Certified Personal Finance Counselor