Certificate Number: 14424-PAE-DE-036762309

Bankruptcy Case Number: 22-12073



14424-PAE-DE-036762309

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 16, 2022</u>, at <u>2:45</u> o'clock <u>PM EDT</u>, <u>Anthony Wayne Wilson</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  August 16, 2022           By:   /s/Edsie Lim

                                 Name: Edsie Lim

                                 Title: Certified Personal Finance Counselor