| Statement of Earnings for: | Anthony W Wilson | | | | | | | Jeff D'Ambrosio Dodge, Inc. |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 2053 | Division | 05 | Period Begin: | 7/17/2022 | Check Date: | 7/29/2022 | 1221 East Lancaster Ave. |
| Clock Number: | | Department | 0400 | Period End: | 7/23/2022 | Pay Type: | Salary | Downingtown, PA 19335 |
| Company Id: | P0215 | Federal Filing: | Single | Exemptions: | 1 | Additional Tax: | | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 43675 | $1,168.82 | $1,800.00 | $1,168.82 | |

| EARNINGS | *Not included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 7.5000 | 40.00 | 300.00 | 1,200.00 | 9,000.00 | SOC SEC EE | 101.78 | 5,908.50 | Med125p | 160.13 | 4,789.59 |
| Draw | | | 1,500.00 | 0.00 | 45,000.00 | MED EE | 23.81 | 1,381.83 | Dental125p | 23.27 | 698.10 |
| *Demo | | | 25.00 | 0.00 | 750.00 | FEDERAL WH | 236.31 | 10,378.94 | 401K | 18.00 | 788.76 |
| *Co 401K | | | 2.70 | 0.00 | 118.31 | PA WH | 49.63 | 2,902.65 | A/R | 0.00 | 6,713.37 |
| *Salary Hours | | 45.57 | 0.00 | 575.17 | 0.00 | EAST CALN TWP | 16.16 | 945.42 | | | |
| Commission | | | 0.00 | 0.00 | 19,235.83 | PA SUI EE | 1.09 | 60.47 | | | |
| Commission/Mon | | | 0.00 | 0.00 | 3,250.29 | EAST CALN TWP | 1.00 | 34.33 | | | |
| Incnt/M | | | 0.00 | 0.00 | 23,550.00 | | | | | | |
| **Total:** | | 40.00 | 1,800.00 | 1,200.00 | 100,036.12 | **Total:** | 429.78 | 21,612.14 | **Total:** | 201.40 | 12,989.82 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | | DISTRIBUTION OF NET PAY |
|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 80.00 | |
| Unpaid Time Off | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 0.00 | |

Jeff D'Ambrosio Dodge, Inc.
1221 East Lancaster Ave.
Downingtown, PA 19335

| CHECK DATE | CHECK NUMBER |
|---|---|
| 7/29/2022 | 43675 |

| CHECK AMOUNT |
|---|
| ******$1,168.82 |

2053 05 0400

**Anthony W Wilson**

214 Pine Valley Dr
Coatesville, PA 19320

**NOT NEGOTIABLE**

# Employee Pay Details

Jeff D'Ambrosio Dodge, Inc.

**Anthony W Wilson**

For Pay Period: 7/17/2022 - 7/23/2022
Pay Date: 7/29/2022

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Regular | | 40.00 | 300.00 |
| Draw | | | 1,500.00 |
| | | **40.00** | **1,800.00** |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Demo | | | 25.00 |
| Co 401K | | | 2.70 |
| Salary Hours | | 45.57 | 0.00 |
| | | **45.57** | **27.70** |

| Statement of Earnings For: | **Anthony W Wilson** | | | | | | Jeff D'Ambrosio Dodge, Inc. | |
|---|---|---|---|---|---|---|---|---|
| Employee #: 2053 | Division 05 | | Period Begin: 7/10/2022 | | Check Date: 7/22/2022 | | 1221 East Lancaster Ave. | |
| Clock Number: | Department 0400 | | Period End: 7/16/2022 | | Pay Type: Salary | | Downingtown, PA 19335 | |
| Company Id: P0215 | Federal Filing: Single | | Exemptions: 1 | | Additional Tax: | | | |
| | State Filing: | | Exemptions: | | Additional Tax: | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message | | | | |
|---|---|---|---|---|---|---|---|---|
| 43559 | $1,168.82 | $1,800.00 | $1,168.82 | | | | | |

| EARNINGS | *Not Included in Totals | | ^Hrs/Units = Units (Units not included in Totals) | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 7.5000 | 40.00 | 300.00 | 1,160.00 | 8,700.00 | SOC SEC EE | 101.78 | 5,806.72 | Med125p | 160.13 | 4,629.46 |
| Draw | | | 1,500.00 | 0.00 | 43,500.00 | MED EE | 23.80 | 1,358.02 | Dental125p | 23.27 | 674.83 |
| *Demo | | | 25.00 | 0.00 | 725.00 | FEDERAL WH | 236.31 | 10,142.63 | 401K | 18.00 | 770.76 |
| *Co 401K | | | 2.70 | 0.00 | 115.61 | PA WH | 49.63 | 2,853.02 | A/R | 0.00 | 6,713.37 |
| *Salary Hours | | 50.62 | 0.00 | 529.60 | 0.00 | EAST CALN TWP | 16.16 | 929.26 | | | |
| Commission | | | 0.00 | 0.00 | 19,235.83 | PA SUI EE | 1.10 | 59.38 | | | |
| Commission/Mon | | | 0.00 | 0.00 | 3,250.29 | EAST CALN TWP | 1.00 | 33.33 | | | |
| Incnt/M | | | 0.00 | 0.00 | 23,550.00 | | | | | | |
| **Total:** | | 40.00 | 1,800.00 | 1,160.00 | 98,236.12 | **Total:** | 429.78 | 21,182.36 | **Total:** | 201.40 | 12,788.42 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | | DISTRIBUTION OF NET PAY |
|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 80.00 | |
| Unpaid Time Off | Accrued: | 0.0000 | Taken: | 0.00 | Balance | 0.00 | |

Jeff D'Ambrosio Dodge, Inc.
1221 East Lancaster Ave.
Downingtown, PA 19335

| CHECK DATE | CHECK NUMBER |
|---|---|
| 7/22/2022 | 43559 |

| CHECK AMOUNT |
|---|
| ******$1,168.82 |

2053 05 0400
**Anthony W Wilson**
214 Pine Valley Dr
Coatesville, PA 19320

**NOT NEGOTIABLE**

# Employee Pay Details

Jeff D'Ambrosio Dodge, Inc.

**Anthony W Wilson**

For Pay Period: 7/10/2022 - 7/16/2022
Pay Date: 7/22/2022

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Regular | | 40.00 | 300.00 |
| Draw | | | 1,500.00 |
| | | 40.00 | 1,800.00 |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Demo | | | 25.00 |
| Co 401K | | | 2.70 |
| Salary Hours | | 50.62 | 0.00 |
| | | 50.62 | 27.70 |

**Jeff D'Ambrosio Dodge, Inc.**
1221 East Lancaster Ave.
Downingtown, PA 19335

Statement of Earnings For: **Anthony W Wilson**

| Employee #: | 2053 | Division | 05 | Period Begin: | 7/3/2022 | Check Date: | 7/15/2022 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 0400 | Period End: | 7/9/2022 | Pay Type: | Salary |
| Company Id: | P0215 | Federal Filing: | Single | Exemptions: | 1 | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

Check Message

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 43435 | $1,168.84 | $1,800.00 | $1,168.84 |

**EARNINGS** *Not included in Totals  ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 7.5000 | 40.00 | 300.00 | 1,120.00 | 8,400.00 |
| Draw | | | 1,500.00 | 0.00 | 42,000.00 |
| *Demo | | | 25.00 | 0.00 | 700.00 |
| *Co 401K | | | 2.70 | 0.00 | 112.91 |
| *Salary Hours | | 53.43 | 0.00 | 478.98 | 0.00 |
| Commission | | | 0.00 | 0.00 | 19,235.83 |
| Commission/Mon | | | 0.00 | 0.00 | 3,250.29 |
| Incnt/M | | | 0.00 | 0.00 | 23,550.00 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 101.77 | 5,704.94 |
| MED EE | 23.80 | 1,334.22 |
| FEDERAL WH | 236.31 | 9,906.32 |
| PA WH | 49.63 | 2,803.39 |
| EAST CALN TWP | 16.16 | 913.10 |
| PA SUI EE | 1.09 | 58.28 |
| EAST CALN TWP | 1.00 | 32.33 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Med125p | 160.13 | 4,469.33 |
| Dental125p | 23.27 | 651.56 |
| 401K | 18.00 | 752.76 |
| A/R | 0.00 | 6,713.37 |

Total: 40.00  1,800.00  1,120.00  96,436.12
Total Taxes: 429.76  20,752.58
Total Deductions: 201.40  12,587.02

**DISTRIBUTION OF NET PAY**

**CURRENT PERIOD LEAVE ACCRUAL**

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Vacation | 0.0000 | 0.00 | 80.00 |
| Unpaid Time Off | 0.0000 | 0.00 | 0.00 |

---

Jeff D'Ambrosio Dodge, Inc.
1221 East Lancaster Ave.
Downingtown, PA 19335

| CHECK DATE | CHECK NUMBER |
|---|---|
| 7/15/2022 | 43435 |

| CHECK AMOUNT |
|---|
| ******$1,168.84 |

2053 05 0400
**Anthony W Wilson**
214 Pine Valley Dr
Coatesville, PA 19320

**NOT NEGOTIABLE**

## Employee Pay Details
### Jeff D'Ambrosio Dodge, Inc.

**Anthony W Wilson**
For Pay Period: 7/3/2022 - 7/9/2022
Pay Date: 7/15/2022

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Regular | | 40.00 | 300.00 |
| Draw | | | 1,500.00 |
| | | 40.00 | 1,800.00 |

Employer Contributions and Other Memo Calculations

| Earning | Rate | Hours | Dollars |
|---|---|---|---|
| Demo | | | 25.00 |
| Co 401K | | | 2.70 |
| Salary Hours | | 53.43 | 0.00 |
| | | 53.43 | 27.70 |

**Jeff D'Ambrosio Dodge, Inc.**
1221 East Lancaster Ave.
Downingtown, PA 19335

Statement of Earnings For: **Anthony W Wilson**
Employee #: 2053
Clock Number:
Company Id: P0215
Division: 05
Department: 0400
Federal Filing: Single
State Filing:
Period Begin: 6/26/2022
Period End: 7/2/2022
Exemptions: 1
Exemptions:
Check Date: 7/8/2022
Pay Type: Salary
Additional Tax:
Additional Tax:

Check Message

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 43316 | $1,168.81 | $1,800.00 | $1,168.81 |

### EARNINGS
*Not included in Totals   *Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 7.5000 | 40.00 | 300.00 | 1,080.00 | 8,100.00 |
| Draw | | | 1,500.00 | 0.00 | 40,500.00 |
| *Demo | | | 25.00 | 0.00 | 675.00 |
| *Co 401K | | | 2.70 | 0.00 | 105.11 |
| *Salary Hours | | 52.48 | 0.00 | 425.55 | 0.00 |
| Commission | | | 0.00 | 0.00 | 19,235.83 |
| Commission/Mon | | | 0.00 | 0.00 | 3,250.29 |
| Incnt/M | | | 0.00 | | 20,150.00 |

### TAXES
| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 101.78 | 5,392.37 |
| MED EE | 23.81 | 1,261.12 |
| FEDERAL WH | 236.31 | 9,369.71 |
| PA WH | 49.63 | 2,649.38 |
| EAST CALN TWP | 16.16 | 862.94 |
| PA SUI EE | 1.10 | 55.15 |
| EAST CALN TWP | 1.00 | 31.33 |

### DEDUCTIONS
| Description | Current | YTD |
|---|---|---|
| Med125p | 160.13 | 4,309.20 |
| Dental125p | 23.27 | 628.29 |
| 401K | 18.00 | 700.76 |
| A/R | 0.00 | 6,713.37 |

| | Total: | 429.79 | 19,622.00 | Total: | 201.40 | 12,351.62 |

**DISTRIBUTION OF NET PAY**

Total: 40.00  1,800.00  1,080.00  91,236.12

### CURRENT PERIOD LEAVE ACCRUAL
| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Vacation | 0.0000 | 0.00 | 80.00 |
| Unpaid Time Off | 0.0000 | 0.00 | 0.00 |

---

Jeff D'Ambrosio Dodge, Inc.
1221 East Lancaster Ave.
Downingtown, PA 19335

| CHECK DATE | CHECK NUMBER |
|---|---|
| 7/8/2022 | 43316 |

| CHECK AMOUNT |
|---|
| ******$1,168.81 |

2053 05 0400
**Anthony W Wilson**
214 Pine Valley Dr
Coatesville, PA 19320

**NOT NEGOTIABLE**

**Jeff D'Ambrosio Dodge, Inc.**
1221 East Lancaster Ave.
Downingtown, PA 19335

Statement of Earnings For: **Anthony W Wilson**
Employee #: 2053
Clock Number:
Company Id: P0215
Division: 05
Department: 0400
Federal Filing: Single
State Filing:
Period Begin: 6/19/2022
Period End: 6/25/2022
Exemptions: 1
Exemptions:
Check Date: 7/1/2022
Pay Type: Salary
Additional Tax:
Additional Tax:

Check Message

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 43202 | $1,168.83 | $1,800.00 | $1,168.83 |

**EARNINGS** *Not Included in Totals    *Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 7.5000 | 40.00 | 300.00 | 1,040.00 | 7,800.00 |
| Draw | | | 1,500.00 | 0.00 | 39,000.00 |
| *Demo | | | 25.00 | 0.00 | 650.00 |
| *Co 401K | | | 2.70 | 0.00 | 102.41 |
| *Salary Hours | | 51.12 | 0.00 | 373.07 | 0.00 |
| Commission | | | 0.00 | 0.00 | 19,235.83 |
| Commission/Mon | | | 0.00 | 0.00 | 3,250.29 |
| Incnt/M | | | 0.00 | 0.00 | 20,150.00 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 101.78 | 5,290.59 |
| MED EE | 23.80 | 1,237.31 |
| FEDERAL WH | 236.31 | 9,133.40 |
| PA WH | 49.63 | 2,599.75 |
| EAST CALN TWP | 16.16 | 846.78 |
| PA SUI EE | 1.09 | 54.05 |
| EAST CALN TWP | 1.00 | 30.33 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Med125p | 160.13 | 4,149.07 |
| Dental125p | 23.27 | 605.02 |
| 401K | 18.00 | 682.76 |
| A/R | 0.00 | 6,713.37 |

| Total: | 40.00 | 1,800.00 | 1,040.00 | 89,436.12 | Total: | 429.77 | 19,192.21 | Total: | 201.40 | 12,150.22 |

**DISTRIBUTION OF NET PAY**

**CURRENT PERIOD LEAVE ACCRUAL**

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Vacation | 0.0000 | 0.00 | 80.00 |
| Unpaid Time Off | 0.0000 | 0.00 | 0.00 |

---

Jeff D'Ambrosio Dodge, Inc.
1221 East Lancaster Ave.
Downingtown, PA 19335

| CHECK DATE | CHECK NUMBER |
|---|---|
| 7/1/2022 | 43202 |

| CHECK AMOUNT |
|---|
| ******$1,168.83 |

2053 05 0400
**Anthony W Wilson**
214 Pine Valley Dr
Coatesville, PA 19320

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Anthony W Wilson** | | | | | | Jeff D'Ambrosio Dodge, Inc. |
|---|---|---|---|---|---|---|---|
| Employee #: 2053 | Division: 05 | Period Begin: 6/19/2022 | Check Date: 7/1/2022 | | | | 1221 East Lancaster Ave. |
| Clock Number: | Department: 0400 | Period End: 6/25/2022 | Pay Type: Salary | | | | Downingtown, PA 19335 |
| Company Id: P0215 | Federal Filing: Single | Exemptions: 1 | Additional Tax: | | | | |
| | State Filing: | Exemptions: | Additional Tax: | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 43201 | $2,581.00 | $3,250.29 | $2,581.00 | |

| EARNINGS | *Not Included in Totals | ^Hrs/Units = Units (Units not included in Totals) | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Commission/Mon | | | 3,250.29 | 0.00 | 3,250.29 | SOC SEC EE | 201.52 | 5,188.81 | Med125p | 0.00 | 3,988.94 |
| Regular | | | 0.00 | 1,000.00 | 7,500.00 | MED EE | 47.13 | 1,213.51 | Dental125p | 0.00 | 581.75 |
| Commission | | | 0.00 | 0.00 | 19,235.83 | FEDERAL WH | 286.41 | 8,897.09 | 401K | 0.00 | 664.76 |
| Incnt/M | | | 0.00 | 0.00 | 20,150.00 | PA WH | 99.78 | 2,550.12 | A/R | 0.00 | 6,713.37 |
| Draw | | | 0.00 | 0.00 | 37,500.00 | EAST CALN TWP | 32.50 | 830.62 | | | |
| *Demo | | | 0.00 | 0.00 | 625.00 | PA SUI EE | 1.95 | 52.96 | | | |
| *Co 401K | | | 0.00 | 0.00 | 99.71 | EAST CALN TWP | 0.00 | 29.33 | | | |
| *Salary Hours | | | 0.00 | 321.95 | 0.00 | | | | | | |
| **Total:** | | | 0.00 | 3,250.29 | 1,000.00 | 87,636.12 | **Total:** | 669.29 | 18,762.44 | **Total:** | 0.00 | 11,948.82 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | | DISTRIBUTION OF NET PAY |
|---|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance 80.00 | | | | |
| Unpaid Time Off | Accrued: 0.0000 | Taken: 0.00 | Balance 0.00 | | | | |

Jeff D'Ambrosio Dodge, Inc.
1221 East Lancaster Ave.
Downingtown, PA 19335

| CHECK DATE | CHECK NUMBER |
|---|---|
| 7/1/2022 | 43201 |

| CHECK AMOUNT |
|---|
| ******$2,581.00 |

2053 05 0400
**Anthony W Wilson**
214 Pine Valley Dr
Coatesville, PA 19320

**NOT NEGOTIABLE**

| Statement of Earnings For: | Anthony W Wilson | | | | | Jeff D'Ambrosio Dodge, Inc. | | |
|---|---|---|---|---|---|---|---|---|
| Employee #: 2053 | Division: 05 | Period Begin: 6/12/2022 | | Check Date: 6/24/2022 | | 1221 East Lancaster Ave. | | |
| Clock Number: | Department: 0400 | Period End: 6/18/2022 | | Pay Type: Salary | | Downingtown, PA 19335 | | |
| Company Id: P0215 | Federal Filing: Single | Exemptions: 1 | | Additional Tax: | | | | |
| | State Filing: | Exemptions: | | Additional Tax: | | Check Message | | |

| Check Number | Check Amount | Gross Pay | Net Pay | | | | | |
|---|---|---|---|---|---|---|---|---|
| 43085 | $1,168.82 | $1,800.00 | $1,168.82 | | TAXES | | DEDUCTIONS | |
| EARNINGS | *Not included in Totals | Hrs/Units = Units (Units not included in Totals) | | | Current | YTD | Current | YTD |
| Description | Rate  Hrs/Units | Dollars  YTD Hrs/Unit | YTD Dollars | Description | | | Description | |
| Regular | 7.5000  40.00 | 300.00  1,000.00 | 7,500.00 | SOC SEC EE | 101.78 | 4,987.29 | Med125p  160.13 | 3,988.94 |
| Draw | | 1,500.00  0.00 | 37,500.00 | MED EE | 23.80 | 1,166.38 | Dental125p  23.27 | 581.75 |
| *Demo | | 25.00  0.00 | 625.00 | FEDERAL WH | 236.31 | 8,610.68 | 401K  18.00 | 664.76 |
| *Co 401K | | 2.70  0.00 | 99.71 | PA WH | 49.63 | 2,450.34 | A/R  0.00 | 6,713.37 |
| *Salary Hours | 42.05 | 0.00  -321.95 | 0.00 | EAST CALN TWP | 16.16 | 798.12 | | |
| Commission | | 0.00  0.00 | 19,235.83 | PA SUI EE | 1.10 | 51.01 | | |
| Incnt/M | | 0.00  0.00 | 20,150.00 | EAST CALN TWP | 1.00 | 29.33 | | |

| Total: | 40.00  1,800.00  1,000.00 | 84,385.83 | Total: | 429.78 | 18,093.15 | Total: | 201.40 | 11,948.82 |
|---|---|---|---|---|---|---|---|---|

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY |
|---|---|---|---|---|---|---|
| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance | 80.00 | | |
| Unpaid Time Off | Accrued: 0.0000 | Taken: 0.00 | Balance | 0.00 | | |

Jeff D'Ambrosio Dodge, Inc.
1221 East Lancaster Ave.
Downingtown, PA 19335

| CHECK DATE | CHECK NUMBER |
|---|---|
| 6/24/2022 | 43085 |

| CHECK AMOUNT |
|---|
| ******$1,168.82 |

2053 05 0400
**Anthony W Wilson**
214 Pine Valley Dr
Coatesville, PA 19320

**NOT NEGOTIABLE**

| Statement of Earnings For: | Anthony W Wilson | | | | | Jeff D'Ambrosio Dodge, Inc. | |
|---|---|---|---|---|---|---|---|
| Employee #: 2053 | Division: 05 | Period Begin: 6/5/2022 | Check Date: 6/17/2022 | | | 1221 East Lancaster Ave. | |
| Clock Number: | Department: 0400 | Period End: 6/11/2022 | Pay Type: Salary | | | Downingtown, PA 19335 | |
| Company Id: P0215 | Federal Filing: Single | Exemptions: 1 | Additional Tax: | | | | |
| | State Filing: | Exemptions: | Additional Tax: | | | | |

| Check Number | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| 42964 | $1,168.83 | $1,800.00 | $1,168.83 | |

| EARNINGS | | | | | | TAXES | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars | Description | Current / YTD | Description | Current | YTD |
| Regular | 7.5000 | 40.00 | 300.00 | 960.00 | 7,200.00 | SOC SEC EE | 101.78 / 4,885.51 | Med125p | 160.13 | 3,828.81 |
| Draw | | | 1,500.00 | 0.00 | 36,000.00 | MED EE | 23.80 / 1,142.58 | Dental125p | 23.27 | 558.48 |
| *Demo | | | 25.00 | 0.00 | 600.00 | FEDERAL WH | 236.31 / 8,374.37 | 401K | 18.00 | 646.76 |
| *Co 401K | | | 2.70 | 0.00 | 97.01 | PA WH | 49.63 / 2,400.71 | A/R | 0.00 | 6,713.37 |
| *Salary Hours | | 43.18 | 0.00 | 279.90 | 0.00 | EAST CALN TWP | 16.16 / 781.96 | | | |
| Commission | | | 0.00 | 0.00 | 19,235.83 | PA SUI EE | 1.09 / 49.91 | | | |
| Incnt/M | | | 0.00 | 0.00 | 20,150.00 | EAST CALN TWP | 1.00 / 28.33 | | | |
| Total: | | 40.00 | 1,800.00 | 960.00 | 82,585.83 | Total: | 429.77 / 17,663.37 | Total: | 201.40 | 11,747.42 |

CURRENT PERIOD LEAVE ACCRUAL

| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance 80.00 |
|---|---|---|---|
| Unpaid Time Off | Accrued: 0.0000 | Taken: 0.00 | Balance 0.00 |

DISTRIBUTION OF NET PAY

Jeff D'Ambrosio Dodge, Inc.
1221 East Lancaster Ave.
Downingtown, PA 19335

| CHECK DATE | CHECK NUMBER |
|---|---|
| 6/17/2022 | 42964 |

| CHECK AMOUNT |
|---|
| ******$1,168.83 |

2053 05 0400
**Anthony W Wilson**
214 Pine Valley Dr
Coatesville, PA 19320

**NOT NEGOTIABLE**

**Jeff D'Ambrosio Dodge, Inc.**
1221 East Lancaster Ave.
Downingtown, PA 19335

Statement of Earnings For: **Anthony W Wilson**
Employee #: 2053
Clock Number:
Company Id: P0215
Division: 05
Department: 0400
Federal Filing: Single
State Filing:
Period Begin: 6/5/2022
Period End: 6/11/2022
Exemptions: 1
Exemptions:
Check Date: 6/17/2022
Pay Type: Salary
Additional Tax:
Additional Tax:

Check Message

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 42963 | $2,165.48 | $3,400.00 | $2,165.48 |

EARNINGS *Not included in totals   *Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Incnt/M | 3,400.00 | 0.00 | | | 20,150.00 |
| *Co 401K | 5.10 | 0.00 | | | 94.31 |
| Regular | 0.00 | 920.00 | 6,900.00 | | 19,235.83 |
| Commission | 0.00 | 0.00 | | | 34,500.00 |
| Draw | 0.00 | 0.00 | | | 575.00 |
| *Demo | 0.00 | 0.00 | | | 0.00 |
| *Salary Hours | 0.00 | 236.72 | | | |
| **Total:** | 0.00 | 3,400.00 | 920.00 | | 80,785.83 |

TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 210.80 | 4,783.73 |
| MED EE | 49.30 | 1,118.78 |
| FEDERAL WH | 300.30 | 8,138.06 |
| PA WH | 104.38 | 2,351.08 |
| EAST CALN TWP | 34.00 | 765.80 |
| PA SUI EE | 2.04 | 48.82 |
| EAST CALN TWP | 0.00 | 27.33 |
| **Total:** | 700.82 | 17,233.60 |

DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Med125p | 0.00 | 3,668.68 |
| Dental125p | 0.00 | 535.21 |
| 401K | 34.00 | 628.76 |
| A/R | 499.70 | 6,713.37 |
| **Total:** | 533.70 | 11,546.02 |

DISTRIBUTION OF NET PAY

CURRENT PERIOD LEAVE ACCRUAL

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Vacation | 0.0000 | 0.00 | 80.00 |
| Unpaid Time Off | 0.0000 | 0.00 | 0.00 |

Jeff D'Ambrosio Dodge, Inc.
1221 East Lancaster Ave.
Downingtown, PA 19335

| CHECK DATE | CHECK NUMBER |
|---|---|
| 6/17/2022 | 42963 |

CHECK AMOUNT
******$2,165.48

2053 05 0400
**Anthony W Wilson**
214 Pine Valley Dr
Coatesville, PA 19320

**NOT NEGOTIABLE**

**Jeff D'Ambrosio Dodge, Inc.**
1221 East Lancaster Ave.
Downingtown, PA 19335

Statement of Earnings For: **Anthony W Wilson**
Employee #: 2053
Clock Number:
Company Id: P0215
Division: 05
Department: 0400
Federal Filing: Single
State Filing:
Period Begin: 5/29/2022
Period End: 6/4/2022
Exemptions: 1
Exemptions:
Check Date: 6/10/2022
Pay Type: Salary
Additional Tax:
Additional Tax:

Check Message

| Check Number | Check Amount | Gross Pay | Net Pay |
|---|---|---|---|
| 42831 | $1,168.81 | $1,800.00 | $1,168.81 |

**EARNINGS**  *Not included in Totals   ^Hrs/Units = Units (Units not included in Totals)

| Description | Rate | Hrs/Units | Dollars | YTD Hrs/Unit | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 7.5000 | 40.00 | 300.00 | 920.00 | 6,900.00 |
| Draw | | | 1,500.00 | 0.00 | 34,500.00 |
| *Demo | | | 25.00 | 0.00 | 575.00 |
| *Co 401K | | | 2.70 | 0.00 | 89.21 |
| *Salary Hours | | 43.27 | 0.00 | 236.72 | 0.00 |
| Commission | | | 0.00 | 0.00 | 19,235.83 |
| Incnt/M | | | 0.00 | 0.00 | 16,750.00 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 101.78 | 4,572.93 |
| MED EE | 23.81 | 1,069.48 |
| FEDERAL WH | 236.31 | 7,837.76 |
| PA WH | 49.63 | 2,246.70 |
| EAST CALN TWP | 16.16 | 731.80 |
| PA SUI EE | 1.10 | 46.78 |
| EAST CALN TWP | 1.00 | 27.33 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Med125p | 160.13 | 3,668.68 |
| Dental125p | 23.27 | 535.21 |
| 401K | 18.00 | 594.76 |
| A/R | 0.00 | 6,213.67 |

Total: 429.79   16,532.78
Total: 201.40   11,012.32

**DISTRIBUTION OF NET PAY**

Total: 40.00   1,800.00   920.00   77,385.83

**CURRENT PERIOD LEAVE ACCRUAL**

| | Accrued: | Taken: | Balance |
|---|---|---|---|
| Vacation | 0.0000 | 0.00 | 80.00 |
| Unpaid Time Off | 0.0000 | 0.00 | 0.00 |

---

Jeff D'Ambrosio Dodge, Inc.
1221 East Lancaster Ave.
Downingtown, PA 19335

| CHECK DATE | CHECK NUMBER |
|---|---|
| 6/10/2022 | 42831 |

CHECK AMOUNT
******$1,168.81

2053 05 0400
**Anthony W Wilson**
214 Pine Valley Dr
Coatesville, PA 19320

**NOT NEGOTIABLE**

| Statement of Earnings For: | Anthony W Wilson | | Period Begin: 5/22/2022 | Check Date: 6/3/2022 | Jeff D'Ambrosio Dodge, Inc. |
|---|---|---|---|---|---|
| Employee #: 2053 | Division: 05 | | Period End: 5/28/2022 | Pay Type: Salary | 1221 East Lancaster Ave. |
| Clock Number: | Department: 0400 | | Exemptions: 1 | Additional Tax: | Downingtown, PA 19335 |
| Company Id: P0215 | Federal Filing: Single | | Exemptions: | Additional Tax: | |
| | State Filing: | | | | Check Message |

| Check Number | Check Amount | Gross Pay | Net Pay | | | | |
|---|---|---|---|---|---|---|---|
| 42703 | $1,168.83 | $1,800.00 | $1,168.83 | TAXES | | DEDUCTIONS | |
| EARNINGS | *Not included in Totals | Hrs/Units = Units (Units not included in Totals) | | | | Current | YTD |
| Description | Rate  Hrs/Units | Dollars  YTD Hrs/Unit | YTD Dollars | Description | Current  YTD | Description | |
| Regular | 7.5000  40.00 | 300.00  880.00 | 6,600.00 | SOC SEC EE | 101.78  4,471.15 | Med125p | 160.13  3,508.55 |
| Draw | | 1,500.00  0.00 | 33,000.00 | MED EE | 23.80  1,045.67 | Dental125p | 23.27  511.94 |
| *Demo | | 25.00  0.00 | 550.00 | FEDERAL WH | 236.31  7,601.45 | 401K | 18.00  576.76 |
| *Co 401K | | 2.70  0.00 | 86.51 | PA WH | 49.63  2,197.07 | A/R | 0.00  6,213.67 |
| *Salary Hours | 48.22 | 0.00  193.45 | 0.00 | EAST CALN TWP | 16.16  715.64 | | |
| Commission | | 0.00  0.00 | 19,235.83 | PA SUI EE | 1.09  45.68 | | |
| Incnt/M | | 0.00  0.00 | 16,750.00 | EAST CALN TWP | 1.00  26.33 | | |

| Total: | 40.00 | 1,800.00  880.00 | 75,585.83 | Total: | 429.77  16,102.99 | Total: | 201.40  10,810.92 |
|---|---|---|---|---|---|---|---|

DISTRIBUTION OF NET PAY

CURRENT PERIOD LEAVE ACCRUAL

| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance 80.00 |
| Unpaid Time Off | Accrued: 0.0000 | Taken: 0.00 | Balance 0.00 |

Jeff D'Ambrosio Dodge, Inc.
1221 East Lancaster Ave.
Downingtown, PA 19335

| CHECK DATE | CHECK NUMBER |
|---|---|
| 6/3/2022 | 42703 |

| CHECK AMOUNT |
|---|
| ******$1,168.83 |

2053 05 0400
**Anthony W Wilson**
214 Pine Valley Dr
Coatesville, PA 19320

**NOT NEGOTIABLE**