---

**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1    Anthony Wayne Wilson

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   22-12073 AMC

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 1641

**Date of payment change:**
Must be at least 21 days after date of this notice    11/01/2022

**New total payment:**    $1993.71
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____    New escrow payment: $_____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 3.23000 %    New interest rate: 4.23000 %

   Current principal and interest payment: $1018.73    New principal and interest payment: $1164.59

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

---

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor(s)  <u>Anthony            Wayne              Wilson</u>       Case number *(if known)*  <u>22-12073 AMC</u>
           First Name         Middle Name         Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Denise Carlon</u>                                       Date September 28, 2022
   Signature

Print:    <u>Denise Carlon</u>                                    Title <u>Attorney for Creditor</u>
          First Name       Middle Name       Last Name

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>      <u>Market Street, Suite 5000</u>
          Number         Street
          Philadelphia,                    PA       19106
          City                             State    ZIP Code

Contact phone  (215) 627–1322              Email  <u>dcarlon@kmllawgroup.com</u>

Official Form 410S1                    **Notice of Mortgage Payment Change**                        page 2