# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Anthony Wayne Wilson**<br>                    Debtor(s)<br><br>**Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee**<br>                    Movant<br>vs.<br><br>**Anthony Wayne Wilson**<br>                    Debtor(s)<br><br>**Kenneth E. West**,<br>                    Trustee | **BK NO. 22-12073 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No. N/A** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 28, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Anthony Wayne Wilson
214 Pine Valley Drive
Coatesville, PA 19320

Attorney for Debtor(s)
Joseph L. Quinn, Ross, Quinn & Ploppert, P.C.
192 South Hanover Street, Suite 101
Pottstown, PA 19464

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: September 28, 2022

                                                          **/s/Denise Carlon Esquire**
                                                          Denise Carlon Esquire
                                                          Attorney I.D. 317226
                                                          KML Law Group, P.C.
                                                          BNY Mellon Independence Center
                                                          701 Market Street, Suite 5000
                                                          Philadelphia, PA 19106
                                                          201-549-2363
                                                          dcarlon@kmllawgroup.com