United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 22-12073-amc
Anthony Wayne Wilson    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 4
Date Rcvd: Oct 25, 2022    Form ID: 152    Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Wayne Wilson, 214 Pine Valley Drive, Coatesville, PA 19320-1963 |
| 14711781 | + | Benchmark Federal Cred, 1522 Mcdaniel Dr, West Chester, PA 19380-7034 |
| 14718936 | + | Brad G. Kubisiak, Deputy Attorney General, Commonwealth of Pennsylvania, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14711787 | ++ | CREDIT CONTROL LLC, ATTN CORRESPONDENCE, 3300 RIDER TRAIL S, SUITE 500, EARTH CITY MO 63045-1338 address filed with court:, Credit Control, LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 14719180 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14719055 | + | Commonwealth of PA, Dept of Revenue, c/o BRAD KUBISIAK, PA Office of the Attorney General, 1600 Arch Street, Ste 300 Philadelphia, PA 19103-2016 |
| 14721556 | + | Country Club Valley Association, Holly L. Setzler, Esquire, 16 N. New Street, West Chester, PA 19380-2905 |
| 14711786 | + | Country Club Valley Association, Inc., P.O. Box 7367, Wilmington, DE 19803-0367 |
| 14711793 | # | InDebted USA, Inc., PO Box 1210, O Fallon, MO 63366-9010 |
| 14711795 | | Landis & Setzler PC, 16 N New Street, West Chester, PA 19380-2905 |
| 14711797 | + | Rochelle Shearlds, 108 Walnut Street, Jenkintown, PA 19046-3126 |
| 14711799 | + | Shai-anthony Wilson, 214 Pine Valley Drive, Coatesville, PA 19320-1963 |
| 14713725 | + | Towd Point Mortgage Trust 2018-2, US Bank National Trust, as Indenture Tru, c/o Denise Carlon, Esq., KML Law Group, PC, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 26 2022 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2022 00:10:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14711780 | | Email/Text: CSBankruptcy@austincapitalbank.com | Oct 26 2022 00:10:00 | Austin Capital Bank, Attn: Bankruptcy Dept, 8100 Shoal Creek Blvd, Ste 100, Austin, TX 78757 |
| 14711778 | + | Email/Text: backoffice@affirm.com | Oct 26 2022 00:10:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14711779 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2022 00:10:00 | Ally Financial, PO Box 130424, Saint Paul, MN 55113-0004 |
| 14713671 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2022 00:24:19 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 22-12073-amc   Doc 24   Filed 10/27/22   Entered 10/28/22 00:31:13   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 152 | Total Noticed: 47 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14713833 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2022 00:24:28 | Ally Financial, c/o Arvind Nath Rawal, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14720804 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2022 00:24:19 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14728319 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 00:24:21 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14711787 | | Email/Text: correspondence@credit-control.com | Oct 26 2022 00:10:00 | Credit Control, LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 14711782 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 00:24:18 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14713487 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2022 00:24:28 | Capital One Auto Finance, c/o Arvind Nath Rawal, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14711783 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 26 2022 00:24:39 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14713371 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2022 00:24:19 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14719325 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 26 2022 00:24:28 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14711784 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 00:24:19 | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14723070 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 00:24:29 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14711785 | + | Email/Text: bankruptcycollections@citadelbanking.com | Oct 26 2022 00:10:00 | Citadel, 520 Eagleview Boulevard, Exton, PA 19341-1119 |
| 14711788 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2022 00:24:20 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14711789 | | Email/Text: BNSFN@capitalsvcs.com | Oct 26 2022 00:10:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14711790 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Oct 26 2022 00:10:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14726716 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Oct 26 2022 00:10:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14711792 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 00:24:38 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14711794 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2022 00:10:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 14711793 | ^ | MEBN | Oct 26 2022 00:09:05 | InDebted USA, Inc., PO Box 1210, O Fallon, MO 63366-9010 |
| 14727424 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 00:24:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14714856 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 26 2022 00:24:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14722288 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 00:24:39 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14711796 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2022 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy |

Case 22-12073-amc    Doc 24    Filed 10/27/22    Entered 10/28/22 00:31:13    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 152 | Total Noticed: 47 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14711800 | | Email/Text: bankruptcy@springoakscapital.com | Oct 26 2022 00:10:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14711798 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 26 2022 00:10:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14729473 | | Email/Text: bankruptcy@springoakscapital.com | Oct 26 2022 00:10:00 | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 14711801 | | Email/Text: jaxbanko@td.com | Oct 26 2022 00:10:00 | TD Auto Finance LLC, 4600 Touchton Rd E #200400, Jacksonville, FL 32246 |
| 14726650 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 26 2022 00:10:00 | Towd Point Mortgage Trust 2018-2, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14711802 | + | Email/Text: LCI@upstart.com | Oct 26 2022 00:10:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14715544 | ^ | MEBN | Oct 26 2022 00:09:03 | Upstart Network, Inc., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14713383 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14711791 | ##+ | Harley-Davidson Financial Services et al, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 14711803 | ##+ | Wetzel Gagliardi Fetter & Lavin LLC, 101 E Evans St, West Chester, PA 19380-2600 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Towd Point Mortgage Trust 2018-2 U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2022 | Form ID: 152 | Total Noticed: 47 |

DENISE ELIZABETH CARLON
on behalf of Creditor Towd Point Mortgage Trust 2018-2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com

JOSEPH L QUINN
on behalf of Debtor Anthony Wayne Wilson CourtNotices@rqplaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Anthony Wayne Wilson
    Debtor(s)

Case No: 22−12073−amc

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 11/29/22 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

23 − 2
Form 152