**THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Anthony Wayne Wilson, | : | Chapter 13 |
| Debtor | : | Case No.:  22-12073-amc |

<u>CERTIFICATE OF SERVICE</u>

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct

copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed November

8, 2022 was forwarded to the following parties, as follows:

***Via First Class USPS Mail on November 8, 2022:***

Country Club Valley Association
c/o Holly L. Setzler, Esquire
Landis & Setzler, P.C.
16 N. New Street
West Chester, PA 19083

John F. Lindenger, Insolv. Manager
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Arvind Nath Rawal. Claims Proc.
AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City OK 73118

All other creditors on the mailing matrix not otherwise notified by ECF.

***Via Electronic Filing (ECF) on November 8, 2022:***

Denise Elizabeth Carlon, Esquire on behalf of Towd Point Mortgage Trust 2018-2, U.S.
Bank National Association, as Indenture Trustee
bkgroup@kmllawgroup.com

Brad Kubisiak, Esquire on behalf of Commonwealth of Pennsylvania, Department of
Revenue
bkubisiak@attorneygeneral.gov

Brian Craig Nicholas, Esquire on behalf of Towd Point Mortgage Trust 2018-2, U.S.
Bank National Association, as Indenture Trustee
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

1

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By:     */s/ Joseph Quinn*_____
          Joseph Quinn, Esquire
          192 S. Hanover Street, Suite 101
          Pottstown, PA 19464
          T: 610.323.5300
          F: 610.323.6081
          jquinn@rqplaw.com
Date: <u>November 8, 2022</u>         Counsel for Debtor