# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony Wayne Wilson<br>  Debtor(s)<br><br>Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee, its successors and/or assigns<br>  Movant<br>  vs.<br><br>Anthony Wayne Wilson<br>  Debtor(s)<br><br>Kenneth E. West<br>  Trustee | CHAPTER 13<br><br>NO. 22-12073 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee, which was filed with the Court on or about **September 13, 2022, docket number 18**.

Respectfully submitted,

By: **/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
BNicholas@kmllawgroup.com
Attorney I.D. No. 317240
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594

Dated: November 28, 2022