United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-12073-amc

Anthony Wayne Wilson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 07, 2023 | Form ID: 155 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Wayne Wilson, 214 Pine Valley Drive, Coatesville, PA 19320-1963 |
| 14711781 | + | Benchmark Federal Cred, 1522 Mcdaniel Dr, West Chester, PA 19380-7034 |
| 14718936 | + | Brad G. Kubisiak, Deputy Attorney General, Commonwealth of Pennsylvania, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14719180 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14719055 | + | Commonwealth of PA, Dept of Revenue, c/o BRAD KUBISIAK, PA Office of the Attorney General, 1600 Arch Street, Ste 300 Philadelphia, PA 19103-2016 |
| 14721556 | + | Country Club Valley Association, Holly L. Setzler, Esquire, 16 N. New Street, West Chester, PA 19380-2905 |
| 14711786 | + | Country Club Valley Association, Inc., P.O. Box 7367, Wilmington, DE 19803-0367 |
| 14711795 | | Landis & Setzler PC, 16 N New Street, West Chester, PA 19380-2905 |
| 14711797 | + | Rochelle Shearlds, 108 Walnut Street, Jenkintown, PA 19046-3126 |
| 14711799 | + | Shai-anthony Wilson, 214 Pine Valley Drive, Coatesville, PA 19320-1963 |
| 14713725 | + | Towd Point Mortgage Trust 2018-2, US Bank National Trust, as Indenture Tru, c/o Denise Carlon, Esq., KML Law Group, PC, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14711780 | | Email/Text: CSBankruptcy@austincapitalbank.com | Feb 08 2023 00:15:00 | Austin Capital Bank, Attn: Bankruptcy Dept, 8100 Shoal Creek Blvd, Ste 100, Austin, TX 78757 |
| 14711778 | + | Email/Text: backoffice@affirm.com | Feb 08 2023 00:15:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14711779 | | Email/Text: ally@ebn.phinsolutions.com | Feb 08 2023 00:15:00 | Ally Financial, PO Box 130424, Saint Paul, MN 55113-0004 |
| 14713671 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 08 2023 00:26:46 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14713833 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 08 2023 00:26:46 | Ally Financial, c/o Arvind Nath Rawal, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14720804 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 08 2023 00:26:42 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14728319 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 08 2023 00:26:51 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14711787 | | Email/Text: correspondence@credit-control.com | Feb 08 2023 00:15:00 | Credit Control, LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 14711782 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 22-12073-amc    Doc 34    Filed 02/09/23    Entered 02/10/23 00:33:33    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2023 | Form ID: 155 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 08 2023 00:26:42 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14713487 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Feb 08 2023 00:26:42 | Capital One Auto Finance, c/o Arvind Nath Rawal, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14711783 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | | Feb 08 2023 00:26:46 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14713371 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Feb 08 2023 00:26:47 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14719325 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Feb 08 2023 00:26:51 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14711784 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Feb 08 2023 00:16:32 | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14723070 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Feb 08 2023 00:26:43 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14711785 | + | Email/Text: bankruptcycollections@citadelbanking.com | | |
| | | | Feb 08 2023 00:15:00 | Citadel, 520 Eagleview Boulevard, Exton, PA 19341-1119 |
| 14711788 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Feb 08 2023 00:26:43 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14711789 | | Email/Text: BNSFN@capitalsvcs.com | | |
| | | | Feb 08 2023 00:15:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14711790 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | | |
| | | | Feb 08 2023 00:15:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14726716 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | | |
| | | | Feb 08 2023 00:15:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14711792 | + | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Feb 08 2023 00:26:42 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14711794 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Feb 08 2023 00:15:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 14711793 | ^ | MEBN | | |
| | | | Feb 08 2023 00:11:02 | InDebted USA, Inc., PO Box 1210, O Fallon, MO 63366-9010 |
| 14727424 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 08 2023 00:26:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14714856 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Feb 08 2023 00:26:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14722288 | + | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Feb 08 2023 00:26:46 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14711796 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Feb 08 2023 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14711800 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Feb 08 2023 00:15:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14711798 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Feb 08 2023 00:15:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14729473 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Feb 08 2023 00:15:00 | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 14711801 | | Email/Text: jaxbanko@td.com | | |
| | | | Feb 08 2023 00:15:00 | TD Auto Finance LLC, 4600 Touchton Rd E #200400, Jacksonville, FL 32246 |
| 14726650 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Feb 08 2023 00:15:00 | Towd Point Mortgage Trust 2018-2, at. el, c/o |

Case 22-12073-amc    Doc 34    Filed 02/09/23    Entered 02/10/23 00:33:33    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2023 | Form ID: 155 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14711802 | + | Email/Text: LCI@upstart.com | | |
| | | | Feb 08 2023 00:15:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14715544 | ^ | MEBN | | |
| | | | Feb 08 2023 00:11:00 | Upstart Network, Inc., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14713383 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14711791 | ##+ | Harley-Davidson Financial Services et al, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 14711803 | ##+ | Wetzel Gagliardi Fetter & Lavin LLC, 101 E Evans St, West Chester, PA 19380-2600 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 09, 2023                                  Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue bkubisiak@attorneygeneral.gov |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Towd Point Mortgage Trust 2018-2  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Towd Point Mortgage Trust 2018-2  U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Anthony Wayne Wilson CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anthony Wayne Wilson
       Debtor(s)

Chapter: 13

Bankruptcy No: 22−12073−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 7, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Ashely M. Chan
                                          Judge ,
                                          United States Bankruptcy Court

                                                            33
                                                      Form 155