# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-12073-AMC

ANTHONY WAYNE WILSON

214 PINE VALLEY DRIVE

COATESVILLE, PA 19320

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANTHONY WAYNE WILSON

    214 PINE VALLEY DRIVE

    COATESVILLE, PA 19320

Counsel for debtor(s), by electronic notice only.

    ROSS, QUINN & PLOPPERT, P.C.
    192 S. HANOVER STREET, SUITE 101

    POTTSTOWN, PA 19464-

                                                     /S/ Kenneth E. West

Date: 4/5/2023                               _____

                                                     Kenneth E. West, Esquire
                                                     Chapter 13 Standing Trustee