# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Anthony Wayne Wilson, | : | Chapter 13 |
| Debtor | : | Case No.: 22-12073-amc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for debtor, hereby certify that a true and correct copy of Debtor's Response to the Chapter 13 Trustee's Motion to Dismiss was forwarded to the following parties on May 26, 2023:

*Via First Class USPS Mail on May 26, 2023:*

Country Club Valley Association
c/o Holly L. Setzler, Esquire
Landis & Setzler, P.C.
16 N. New Street
West Chester, PA 19083

John F. Lindenger, Insolv. Manager
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Arvind Nath Rawal. Claims Proc.
AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City OK 73118

All other creditors on the mailing matrix not otherwise notified by ECF.

*Via Electronic Filing (ECF) on May 26, 2023:*

Denise Elizabeth Carlon, Esquire on behalf of Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee
bkgroup@kmllawgroup.com

Brad Kubisiak, Esquire on behalf of Commonwealth of Pennsylvania, Department of Revenue
bkubisiak@attorneygeneral.gov

Brian Craig Nicholas, Esquire on behalf of Towd Point Mortgage Trust 2018-2, U.S. Bank National Association, as Indenture Trustee
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                  **ROSS, QUINN & PLOPPERT, P.C.**

                    By:    */s/ Joseph Quinn*
                          Joseph Quinn, Esquire
                          192 S. Hanover Street, Suite 101
                          Pottstown, PA 19464
                          T: 610.323.5300
                          F: 610.323.6081
                          jquinn@rqplaw.com
Date: May 26, 2023           Counsel for Debtor