**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                             **Chapter 13**
ANTHONY WAYNE WILSON


                **Debtor**              **Bankruptcy No.** 22-12073-AMC

# O R D E R

    **AND NOW**, this _____20th_____ day of _____June_____, 202_3_ upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.


    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET, SUITE 101

POTTSTOWN, PA 19464-

Debtor:
ANTHONY WAYNE WILSON

214 PINE VALLEY DRIVE

COATESVILLE, PA 19320