United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12073-amc |
| Anthony Wayne Wilson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 20, 2023 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Wayne Wilson, 214 Pine Valley Drive, Coatesville, PA 19320-1963 |
| 14711781 | + | Benchmark Federal Cred, 1522 Mcdaniel Dr, West Chester, PA 19380-7034 |
| 14718936 | + | Brad G. Kubisiak, Deputy Attorney General, Commonwealth of Pennsylvania, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 14719180 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14719055 | + | Commonwealth of PA, Dept of Revenue, c/o BRAD KUBISIAK, PA Office of the Attorney General, 1600 Arch Street, Ste 300 Philadelphia, PA 19103-2016 |
| 14721556 | + | Country Club Valley Association, Holly L. Setzler, Esquire, 16 N. New Street, West Chester, PA 19380-2905 |
| 14711786 | + | Country Club Valley Association, Inc., P.O. Box 7367, Wilmington, DE 19803-0367 |
| 14711795 | # | Landis & Setzler PC, 16 N New Street, West Chester, PA 19380-2905 |
| 14711797 | + | Rochelle Shearlds, 108 Walnut Street, Jenkintown, PA 19046-3126 |
| 14711799 | + | Shai-anthony Wilson, 214 Pine Valley Drive, Coatesville, PA 19320-1963 |
| 14713725 | + | Towd Point Mortgage Trust 2018-2, US Bank National Trust, as Indenture Tru, c/o Denise Carlon, Esq., KML Law Group, PC, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 21 2023 05:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2023 05:43:00 | Commonwealth of Pennsylvania, Department of Revenu, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14711780 | | Email/Text: CSBankruptcy@austincapitalbank.com | Jun 21 2023 05:43:00 | Austin Capital Bank, Attn: Bankruptcy Dept, 8100 Shoal Creek Blvd, Ste 100, Austin, TX 78757 |
| 14711778 | + | Email/Text: backoffice@affirm.com | Jun 21 2023 05:43:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14711779 | | Email/Text: ally@ebn.phinsolutions.com | Jun 21 2023 05:43:00 | Ally Financial, PO Box 130424, Saint Paul, MN 55113-0004 |
| 14713671 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 21 2023 05:46:54 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14713833 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 21 2023 05:57:27 | Ally Financial, c/o Arvind Nath Rawal, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14720804 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 21 2023 05:57:33 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14728319 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 05:46:31 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14711787 | | Email/Text: correspondence@credit-control.com | Jun 21 2023 05:43:00 | Credit Control, LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045 |
| 14711782 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2023 05:57:32 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14713487 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 21 2023 05:57:29 | Capital One Auto Finance, c/o Arvind Nath Rawal, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14711783 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 21 2023 05:57:22 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14713371 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 21 2023 05:57:24 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14719325 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 21 2023 05:57:31 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14711784 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2023 05:46:31 | Capital One Bank, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14723070 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 21 2023 05:47:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14711785 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 21 2023 05:43:00 | Citadel, 520 Eagleview Boulevard, Exton, PA 19341-1119 |
| 14711788 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 21 2023 05:46:47 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14711789 | | Email/Text: BNSFN@capitalsvcs.com | Jun 21 2023 05:43:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14711790 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jun 21 2023 05:43:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317 |
| 14726716 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jun 21 2023 05:43:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14711792 | + | Email/PDF: cbp@onemainfinancial.com | Jun 21 2023 05:57:24 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14711794 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 21 2023 05:43:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 14711793 | ^ | MEBN | Jun 21 2023 05:38:45 | InDebted USA, Inc., PO Box 1210, O Fallon, MO 63366-9010 |
| 14727424 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 05:57:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14714856 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 21 2023 05:57:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14722288 | + | Email/PDF: cbp@onemainfinancial.com | Jun 21 2023 05:57:33 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14711796 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2023 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14711800 | | Email/Text: bankruptcy@springoakscapital.com | Jun 21 2023 05:43:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | Bypass | Notice type | Date sent | Name and Address |
|---|---|---|---|---|
| 14711798 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jun 21 2023 05:43:00 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14729473 | | Email/Text: bankruptcy@springoakscapital.com Jun 21 2023 05:43:00 | | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 14711801 | | Email/Text: jaxbanko@td.com Jun 21 2023 05:43:00 | | TD Auto Finance LLC, 4600 Touchton Rd E #200400, Jacksonville, FL 32246 |
| 14726650 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jun 21 2023 05:43:00 | | Towd Point Mortgage Trust 2018-2, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14711802 | + | Email/Text: LCI@upstart.com Jun 21 2023 05:43:00 | | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14715544 | ^ | MEBN Jun 21 2023 05:38:44 | | Upstart Network, Inc., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14713383 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14711791 | ##+ | Harley-Davidson Financial Services et al, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 14711803 | ##+ | Wetzel Gagliardi Fetter & Lavin LLC, 101 E Evans St, West Chester, PA 19380-2600 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 22, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Towd Point Mortgage Trust 2018-2 U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Towd Point Mortgage Trust 2018-2 U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jun 20, 2023 | Form ID: pdf900 | Total Noticed: 47

| | on behalf of Debtor Anthony Wayne Wilson CourtNotices@rqplaw.com |

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | **Chapter 13** |
| ANTHONY WAYNE WILSON | |
| Debtor | Bankruptcy No. 22-12073-AMC |

# O R D E R

**AND NOW**, this ____20th____ day of _____June_____, 202_3_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET, SUITE 101

POTTSTOWN, PA 19464-

Debtor:
ANTHONY WAYNE WILSON

214 PINE VALLEY DRIVE

COATESVILLE, PA 19320